

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-13-00519-CV

Robert **SAMANIEGO**,
Appellant

v.

Mary **SAMANIEGO**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0784-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellant's Motion for Objections is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court